# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

DOMINIC ROMERO and MYRETTA ROMERO,
Individually and on behalf of J.R., a minor

        Plaintiffs,

vs.                                  No. 2013-CV-00196 KG/LAM

COCHITI ELEMENTARY AND MIDDLE SCHOOL,
BERNALILLO PUBLIC SCHOOL DISTRICT,
SHAUNA BRANCH, Principal of Cochiti Elementary and Middle
School, DAVID ISMARI, Physical Education Teacher at Cochiti
Elementary and Middle School, and ALAN TAPIA,
Superintendent of Bernalillo Public School District, in their
individual capacities,

        Defendants.

## ORDER TO EXTEND THE PAGE LIMITATIONS ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND FOR QUALIFIED IMMUNITY

This matter comes before the Court on Defendants' Unopposed Motion to Extend Page Limitations (*Doc 46*) (hereinafter "Motion") seeking extension of the page limitation for its motion and supporting brief set forth in D.N.M.LR-Civ 7.5 to accommodate the filing of a comprehensive pleading in support of the Defendants' Motion for Summary Judgment and for Qualified Immunity to be filed with the Court.

The Court having reviewed the Motion and matters presented therein and being otherwise fully advised in the premises, FINDS that the Motion is unopposed and is well taken, and should be granted.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED as follows: The page limitation on the Defendants' Motion for Summary Judgment and supporting brief is extended to not exceed 45 pages.

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

***Submitted by e-mail on April 3, 2014***
ANDREW M. SANCHEZ
CUDDY & MCCARTHY, LLP
7770 Jefferson Street N.E., Suite 305
Albuquerque, New Mexico  87109-5912
(505) 888-1335
(505) 888-1369 (facsimile)

**ATTORNEYS FOR DEFENDANTS, BOARD OF EDUCATION
FOR THE BERNALILLO PUBLIC SCHOOLS,
ALAN TAPIA, SHAUNA BRANCH AND DAVID ISMARI**

Approved by:  ***e-mail of April 2, 2014***

ANITA M. KELLEY
Law Office of Anita M. Kelley
913-A Fifth Street, N.W.
Albuquerque, New Mexico  87102
(505) 750-0265
amk@anitakelleylaw.com

**ATTORNEY FOR PLAINTIFFS**