IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOMINIC ROMERO and MYRETTA ROMERO,
Individually and on behalf of J.R., a minor

       Plaintiffs,

vs.                                     No. 2013-CV-00196 KG/LAM

COCHITI ELEMENTARY AND MIDDLE SCHOOL,
BERNALILLO PUBLIC SCHOOL DISTRICT,
SHAUNA BRANCH, Principal of Cochiti Elementary and Middle
School, DAVID ISMARI, Physical Education Teacher at Cochiti
Elementary and Middle School, and ALAN TAPIA,
Superintendent of Bernalillo Public School District, in their
individual capacities,

       Defendants.

## STIPULATED PROTECTIVE ORDER AND ADOPTION OF THE PARTIES' CONFIDENTIALITY AGREEMENT

**THIS MATTER** having come before the Court on the parties' *Joint Motion for Entry of Stipulated Protective Order and Adoption of Confidentiality Agreement (Doc. 45)*, and having reviewed the motion and the parties' *Confidentiality Agreement (Doc. 45-1)*, and being otherwise fully advised in the premises, **FINDS** that this motion is well-taken, and should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all documents designated as confidential or which are held to be confidential shall be protected from disclosure and re-disclosure as set forth in the parties' *Confidentiality Agreement (Doc. 45-1)*. All confidential documents and information shall be filed with the Court as provided in the parties'

*Confidentiality Agreement (Doc. 45-1)*, which is incorporated herein as if fully set forth, and under seal.

In addition, the parties shall be bound by this Order and the terms of the parties' *Confidentiality Agreement (Doc. 45-1)* as long as they possess confidential information and documents obtained in this case, and the Court shall retain jurisdiction over this Order and the parties' *Confidentiality Agreement (Doc. 45-1)* following the conclusion of this action in order to protect the documents and information in question.

**IT IS SO ORDERED.**

**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

Respectfully submitted, *(Prior to modification by the Court)*

*Approved by email April 2, 2014*
ANITA M. KELLEY
Law Office of Anita M. Kelley
**ATTORNEY FOR PLAINTIFFS**
913-A Fifth Street, N.W.
Albuquerque, New Mexico  87102
(505) 750-0265
amk@anitakelleylaw.com


CUDDY & MCCARTHY, LLP


*Approved April 2, 2014*
ANDREW M. SANCHEZ
**ATTORNEYS FOR DEFENDANTS,**
**BOARD OF EDUCATION FOR THE**
**BERNALILLO PUBLIC SCHOOLS,**
**ALAN TAPIA, SHAUNA BRANCH**
**AND DAVID ISMARI**
7770 Jefferson Street, N.E., Suite 305
Albuquerque, New Mexico  87109-4386
(505) 888-1335
asanchez@cuddymccarthy.com