IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DOMINIC ROMERO,** *individually*
*and on behalf of J.R., a minor, et al.,*

    **Plaintiffs,**

v.                                                    CIV 13-0196 KG/LAM

**COCHITI ELEMENTARY AND**
**MIDDLE SCHOOL,** *et al.,*

    **Defendants.**

## ORDER OF REFERENCE

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B), (b)(3), and ***Virginia Beach Federal Savings & Loan Association v. Wood***, 901 F.2d 849 (10th Cir. 1990), this civil action is referred to U.S. Magistrate Lourdes A. Martinez to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the following motion:

> *Joint Motion to Approve Settlement Involving a Minor* by Bernalillo Public School District, Shauna Branch, Cochiti Elementary and Middle School, David Ismari, Allan Tapia (Doc. 64);

The Magistrate Judge shall submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties shall be given the opportunity to object to the proposed findings, analysis and

disposition as described in 28 U.S.C. § 636(b)(1)(C). Objections shall be filed within fourteen (14) days of entry of the proposed disposition.

_____
UNITED STATES DISTRICT JUDGE