IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOMINIC ROMERO and MYRETTA ROMERO,
Individually and on behalf of J.R., a minor

       Plaintiffs,

vs.                                                                       No. 2013-CV-00196 KG/LAM

COCHITI ELEMENTARY AND MIDDLE SCHOOL,
BERNALILLO PUBLIC SCHOOL DISTRICT,
SHAUNA BRANCH, Principal of Cochiti Elementary and Middle
School, DAVID ISMARI, Physical Education Teacher at Cochiti
Elementary and Middle School, and ALAN TAPIA,
Superintendent of Bernalillo Public School District, in their
individual capacities,

       Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on Plaintiffs' Unopposed Motion to Dismiss Defendants, Shauna Branch, David Ismari and Alan Tapia with Prejudice (*Doc. No. 71*), the Court having reviewed the Motion, noting that is it unopposed and the matters on file herein, and being otherwise fully advised in the premises; **FINDS** that this Motion is well-taken and shall be granted.  **NOW THEREFORE**,

**IT IS ORDERED, ADJUDGED AND DECREED** that pursuant to Fed.R.Civ.P. 41(a)(2) Plaintiffs' cause of action, and all claims set forth therein and as set forth in this matter against Defendant Shauna Branch, Defendant David Ismari and Defendant Alan Tapia are hereby dismissed with prejudice pursuant to the terms of the settlement agreement between and among the parties.  This Order has no effect on the remaining Defendants in the case and on the completion of the settlement between the Parties.

The Parties shall bear their own costs and attorneys' fees with regard to the dismissal of these Defendants.

_____
UNITED STATED DISTRICT JUDGE

Submitted by,

\_\_s/ Anita M. Kelley_____
ANITA M. KELLEY
Law Office of Anita M. Kelley
913-A Fifth Street, N.W.
Albuquerque, New Mexico  87102
**amk@anitakelleylaw.com**
(505) 750-0265

APPROVED:

*By e-mail dated May 13, 2014*
ANDREW M. SANCHEZ
CUDDY & MCCARTHY, LLP
**ATTORNEY FOR DEFENDANTS**
7770 Jefferson NE, Suite 102
Albuquerque, NM  87109-5912
**asanchez@cuddymccarthy.com**
(505) 888-1335