IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DOMINIC ROMERO, individually,
and on behalf of J.R., a minor, and
MYRETTA ROMERO,**

      **Plaintiffs,**

v.                                                                      No. CIV-13-0196 KG/LAM

**COCHITI ELEMENTARY AND
MIDDLE SCHOOL, et al.,**

      **Defendants.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's sealed *Proposed Findings and Recommended Disposition (Doc. 77)*, filed on Jun 18, 2014.  The parties have waived their objections to the PF&RD.   [*Docs.* 78 and 79].

**IT IS THEREFORE ORDERED** that the Magistrate Judge's sealed *Proposed Findings and Recommended Disposition (Doc. 77)* is **ADOPTED** and the *Joint Motion to Approve Settlement Involving a Minor (Doc. 64)* is **GRANTED** and the settlement is **APPROVED**.

**IT IS SO ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE**